UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80172-CIV-HURLEY

DWAINE EASON,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## *ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

**THIS CAUSE** comes before the court upon the Report and Recommendation from United States Magistrate Judge Patrick A. White as to the appropriateness of attorney's fess and costs requested for services rendered in the above captioned case. This matter was referred to United States Magistrate Judge White on October 5, 2010, [DE #50], and on December 17, 2010, Magistrate Judge White filed a Report and Recommendation, [DE #51]. Upon consideration of the Report and Recommendation and in accordance with 28 U.S.C. §636(B)(1)(C) as no timely objections have been filed, the court conducted a *de novo* review and is in complete accord with the Magistrate's findings of fact and conclusions of law as set out in the Report and Recommendation. The court further finds the resolution of the issues as recommended by the Magistrate Judge to be sound and well-reasoned and accordingly will adopt the recommended disposition.

It is therefore **ORDERED** and **ADJUDGED**:

The Magistrate Judge's Report and Recommendation, [DE #51], is **ADOPTED** and

**INCORPORATED** in full.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _12_ day of January, 2011.

**copy furnished:**
Magistrate Judge Patrick A. White
AUSA A. Lothrop Morris
Marc D. Seitles, Esq.

                                             Daniel T. K. Hurley
                                             United States District Judge